# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2015

## NO. 03-13-00101-CV

**Rent-A-Center, Inc., Appellant**

**v.**

**Glenn Hegar, in his capacity as Comptroller of Public Accounts of the State of Texas; and Ken Paxton, in his capacity as Attorney General of the State of Texas, Appellees**

## APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on January 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for a determination of the amount of refund to which appellant is entitled. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.